

FILED

3/26/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:26-cr-00133
Judge Jeffrey I Cummings
Magistrate Judge Daniel P. McLaughlin
RANDOM/Cat. 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | |
| GIOVANNY DANIEL GONZALEZ-FIGUEROA | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2) |

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about January 21, 2025, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

GIOVANNY DANIEL GONZALEZ-FIGUEROA,

defendant herein, an alien who previously had been deported and removed from the United States on or about March 6, 2020 and August 23, 2013, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____

FOREPERSON

_____
ANDREW S. BOUTROS
UNITED STATES ATTORNEY